UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:19-mj-0608 |
| JORDAN BOYD, | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(3) Possession of a Firearm by a Drug User | NMT 10 years | NMT $250,000 | NMT 3 years | |
| 2 | 18 U.S.C. § 922(g)(8) Possession of a Firearm by a Person Subject to a Court Protective Order Involving an Intimate Partner | NMT 10 years | NMT $250,000 | NMT 3 years | |

Dated: _____

_____
Jordan Boyd
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana