AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America
v.
JORDAN BOYD,

Defendant

Case No.

1:19-cr-0217 SEB -TAB

FILED
JUN 1 9 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JORDAN BOYD,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Drug User in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(3)
Count 2: Possession of a Firearm by a Person Subject to a Domestic Violence Protective Order, in violation of 18 U.S.C. § 922(g)(8)

Date: 6/19/2019

CLERK OF COURT, Laura A. Briggs

BY: _____
*Deputy Clerk*

City and state: Indianapolis, IN

---

### Return

This warrant was received on *(date)* 6-19-19, and the person was arrested on *(date)* 6-19-19
at *(city and state)* INDIANAPOLIS, INDIANA

Date: 6-19-19

_____
*Arresting officer's signature*

CHRISTOPHER COOPER   TASK FORCE OFFICER
*Printed name and title*   ATF