## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **UNITED STATES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) CAUSE NO.1:19-cr-0217-SEB-TAB |
| | ) |
| **JORDAN BOYD,** | ) |
| | ) |
| **Defendant .** | ) |

## APPEARANCE BY CJA COUNSEL
## (Defendant)

1. Name of Party:         Jordan Boyd

2. Attorney Information:  Howard N. Bernstein
                          The Law Office of Howard N. Bernstein, LLC
                          1512 North Delaware Street
                          Indianapolis, IN 46202
                          Telephone:   (317) 464-8140
                          hbernstein@comcast.net

3. Will Accept Fax Service:   Yes, 317-472-0640

4. Will Accept Email Service: Yes

**Respectfully submitted,**

 */s/Howard N. Bernstein*
**HOWARD N. BERNSTEIN**

## Certificate of Service

I hereby certify a copy of the foregoing Defendant's Counsel's Appearance was electronically filed on this 20th day of June, 2019. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system. I further certify that on the 24th day of June, 2019, a copy of this will be personally served on the Defendant, Jordan Boyd.

- **Abhishek Kambli**
  UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
  abhishek.kambli@usdoj.gov,usains.ecf-criminal@usdoj.gov,usains.ecf-af@usdoj.gov,cherelle.capobianco@usdoj.gov,cheryl.peters@usdoj.gov,CaseView.ECF@usdoj.gov

                                                                                            ***/s/Howard N. Bernstein***

                                                                                            **Howard N. Bernstein**

**PREPARED BY:**
**Howard N. Bernstein**
**The Law Office of Howard N. Bernstein, LLC**
**1512 North Delaware Street**
**Indianapolis, IN 46202**
**317-464-8140 (office)**
**317-472-0640 (fax)**
**Attorney No. 2715-49**
**Hbernstein210@comcast.net**